1  Tatyana Evgenievna Drevaleva

2  1099 Fillmore St., Apt. 5N, San Francisco, CA, 94115

3  628-688-6167; tdrevaleva@gmail.com

4  Plaintiff in Pro Per

5              THE UNITED STATES DISTRICT COURT

6                 FOR NORTHERN CALIFORNIA

7

8  )
9  Tatyana Evgenievna. Drevaleva  )   Case No. 4:22-cv-00887-JST
   )
10 )
            Plaintiff,            )   ~~Proposed~~ Order.
11 )
            vs.                   )   *MODIFIED*
12 )
   1) Mr. Denis Richard McDonough in his )  Courtroom 6 – 2nd Floor
13 )
      Official Capacity as an Secretary of the )  1301 Clay Street, Oakland, CA 94612
14 )
      U.S. Department of Veterans Affairs )  District Judge: The Hon. Jon S. Tigar
15 )
   2) The United States of America )
16 )
   3) The U.S. Department of Veterans )
17 )
      Affairs                     )
18 )
            Defendants.           )
19 )
   )
20 Facility:                      )
   )
21 The New Mexico VA Health Care System )
   )
22 1501 San Pedro Dr SE,          )
   )
23 Albuquerque, NM 87108          )
   )
24 )
   )
25 )
   )
26 )
   )
27 )
   )
28 )

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion for an Order that Extends a Deadline to File an Opposition to AUSA Ms. Zack's (as opposed to Defendants' Secretary of the U.S. Department of VA Mr. McDonough's, the U.S. Department of VA's, and the U.S.A.'s) May 13, 2022 document (Doc. No. 22) named "DEFENDANTS' NOTICE OF MOTION AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT"; the Civ. L.R. 7-11(a) is **GRANTED**.

Plaintiff's new deadline is **June 10, 2022**. Defendants may, but are not required to, file a reply by **June 17, 2022.**

**IT IS SO ORDERED**.

May 31, 2022

Date:                                               The Honorable District Judge Jon S. Tigar.