UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>  v.<br><br>DENIS RICHARD MCDONOUGH, et al.,<br><br>    Defendants. | Case No. 22-cv-00887-JST<br><br>**ORDER EXTENDING DEADLINE TO FILE REPLY**<br><br>Re: ECF No. 41 |

The Court grants Plaintiff Tatyana Evgenievna Drevaleva's motion to extend the deadline to file her reply from June 13, 2022 to June 20, 2022.  ECF No. 41.

Plaintiff's request to file a reply brief of longer than 15 pages is denied.

Plaintiff states that she "cited numerous statutes in [her] Reply that [she] hadn't cited in [her] First Motion to Strike." *Id.* at 3.  Plaintiff is reminded that the Court does not ordinarily consider arguments raised for the first time in a reply brief.  *See Cardone v. Cnty. of Alameda*, No. 19-cv-00221-JST, 2019 WL 7816822, at *3 n.4 (N.D. Cal. July 30, 2019).

**IT IS SO ORDERED.**

Dated:  June 15, 2022



JON S. TIGAR
United States District Judge